IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SCOTT AVERY**                                                                                  **PLAINTIFF**
ADC #171985

v.                              CASE NO. 4:20-CV-01522-BSM

**DOE**                                                                                            **DEFENDANT**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Beth Deere's recommended disposition [Doc. No. 2] is adopted, and Scott Avery's petition [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 25th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE