IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SCOTT AVERY**  **PLAINTIFF**
ADC #171985

v.          CASE NO. 4:20-CV-01522-BSM

**DOE**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE